BEFORE THE FIRST DIVISION, MARCH 7, 1946

**No. 50935.**—Protest 107238–K of Maryland Distillers Products Co. (Baltimore).

Opinion by OLIVER, P. J. The sole question before the court was whether these glass containers are bottles or demijohns within the meaning of those terms as used in the tariff act, there being no proof of a commercial meaning differing from the common meaning. It was held that the containers in question, having straight sides and a flat bottom, not being enclosed in wickerwork and having no handles, are not demijohns as that term is defined in the dictionaries and as described by the court in *United States* v. *Ninety Demijohns of Rum* (8 Fed. 485, 487). ' On the record it was found that the glass containers are bottles and, as such, properly dutiable at one-sixth of 1 cent per pound under paragraph 217, by virtue of paragraph 810, and T. D. 50797.

BEFORE THE THIRD DIVISION, MARCH 7, 1946

**No. 50936.**—Protests 113129–K(A), etc., of Louis Cohen et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MARCH 6, 1946

**No. 50937.**——Protest 58462–K of S. S. Schultz & Co., Inc. Abstract 50726. Motion of Government for rehearing granted.

**No. 50938.**——Protest 44217–K of Standard Railway Equipment Mfg. Co. C. D. 976. Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, MARCH 13, 1946

**No. 50939.**—Protest 120902–K of Barotz Import Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise is the same as the white beads the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867) the claim at 35 percent under paragraph 1503 was sustained.